# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov



## ORDER

August 20, 2009

*By the Court:*

```
ROBERTO CRUZ-MAYAHO,            ] Petitions for Review of
        Petitioner,            ] an Order of the Board of
                               ] Immigration Appeals.
Nos. 08-3068 and 08-3873   v.  ]
                               ] No. A98-501-242
ERIC H. HOLDER, JR., Attorney  ]
General of the United States,  ]
        Respondent.            ]
```

Upon consideration of the **RESPONDENT'S MOTION TO AMEND**, filed on August 18, 2009, by counsel for the respondent,

**IT IS ORDERED** that the motion is **GRANTED**. The court's final order that issued on August 11, 2009, is **AMENDED** to reflect that the petitioner's A-number is A098-501-242.

form name: **c7_Order_BTC** (form ID: **178**)